

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2014

No. 04-14-00683-CR

Ex Parte Robert **GOMEZ**,
Appellant

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1918
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

This is an appeal from the denial of a writ of habeas corpus based on a claim of double jeopardy. Appellant filed a brief on November 19, 2014, which included citations to a reporter's record. However, no reporter's record was filed in this appeal.

On December 3, 2014, the State filed a motion to abate this appeal based on the absence of a reporter's record. In its motion, the State pointed out that both the trial court's findings of fact and conclusions of law and the appellant's brief contained citations to the reporter's record.

On December 10, 2014, we granted the State's motion to abate and abated this appeal for the filing of the reporter's record. On December 15, 2014, the court reporter filed the reporter's record cited in the trial court's findings of fact and conclusions of law and the appellant's brief. Thus, it appears that the portions of the reporter's record necessary to this appeal have been filed. The abatement is therefore lifted.

On December 10, 2014, the State filed a motion for extension of time to file its brief. The State's motion for extension of time is GRANTED. The State's brief is due on or before **January 14, 2015**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court